```
DEVBZ          *        PROGRAM REVIEW REPORT          *      07-29-2003
PAGE 001                                                      10:23:51
```

INSTITUTION: DEV DEVENS FMC

NAME.......: STERN, DAVID G                      REG. NO: 23799-038
RESIDENCE..: NEWPORT, RI 02840

TYPE OF REVIEW......: ~~INITIAL CLASSIFICATION~~/PROGRAM REVIEW
NEXT REVIEW DATE....: _1 / 0 4_

PROJ. RELEASE DATE..: 03-09-2005          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: _8 / 04_      DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): _N/A_

PENDING CHARGES.....: _none Known_

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/Ⓝ)....: _no_

   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY    - - - - - -  CURRENT ASSIGNMENT - - - - - - - -  EFF DATE    TIME

| CATEGORY | | CURRENT ASSIGNMENT | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 11-09-2004 | 0904 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 02-11-2003 | 0904 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 02-11-2003 | 0905 |
| CUS | OUT | OUT CUSTODY | 10-15-2002 | 0907 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 02-11-2003 | 0904 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 02-11-2003 | 0905 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-11-2003 | 0905 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 03-13-2003 | 1306 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 10-11-2002 | 1020 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-22-2003 | 0908 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 01-22-2003 | 0908 |
| QTR | I01-045U | HOUSE I/RANGE 01/BED 045U | 01-08-2003 | 1256 |
| RLG | NO PREFER | NO PREFERENCE | 02-11-2003 | 0906 |
| WRK | CMP F/S AM | CAMP FOOD SVC AM | 02-17-2003 | 0001 |

WORK PERFORMANCE RATING: _received Satisfactory to Good work reports._

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: *none, clear conduct.*

FRP PLAN/PROGRESS: *Completed financial responsibility.*

RELEASE PREPARATION PARTICIPATION: *Part Status, he has completed five of the six classes, needs employment class.*

CCC RECOMMENDATION: *will review 11-13 months) prior to release date.*

```
   DEVBZ          *          PROGRAM REVIEW REPORT          *          07-29-2003
PAGE 002 OF 002                                                        10:23:51
```

PROGRESS MADE SINCE LAST REVIEW: *met all previously set goals.*

GOALS FOR NEXT PROGRAM REVIEW MEETING: *Continue to receive above average work reports. enroll and complete employment class by July 2004. enroll and complete @ least two*

ACE classes of your choice before next review.

LONG TERM GOALS: Complete Pre-Release Program before release date.

Obtain approval of Relocation of Supervision.

Provide CCM w/ release plans by 8/8/03.

OTHER INMATE REQUESTS/TEAM ACTIONS: Reviewed 407/408 updated custody.

On call basis as Town Driver.

No questions or concerns @ this time.

SIGNATURES: D. Binet/CM  T. O'Connor

UNIT MANAGER: Patterson    INMATE: X

DATE: 8/5/03    DATE: 8/5/03

```
   DEVBZ           *        PROGRAM REVIEW REPORT           *      01-27-2004
   PAGE 001                                                        10:05:13


   INSTITUTION: DEV  DEVENS FMC

   NAME.......: STERN, DAVID G                      REG. NO: 23799-038
   RESIDENCE..: NEWPORT, RI 02840


   TYPE OF REVIEW......: ~~INITIAL CLASSIFICATION~~/PROGRAM REVIEW
   NEXT REVIEW DATE....: ___4/04___

   PROJ. RELEASE DATE..: 03-09-2005          RELEASE METHOD.: GCT REL
   PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

   DATE OF NEXT CUSTODY REVIEW: 8/04         DETAINERS (Y/N): N

   CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): n/a

   PENDING CHARGES.....: none known

   OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: no
        IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE


   CATEGORY    - - - - - -  CURRENT ASSIGNMENT - - - - - - -  EFF DATE   TIME

   CMA        PROG RPT     NEXT PROGRESS REPORT DUE DATE      11-09-2004  0904
   CMA        RPP PART     RELEASE PREP PGM PARTICIPATES      02-11-2003  0904
   CMA        V94 COA913   V94 CURR OTHER ON/AFTER 91394      02-11-2003  0905
   CUS        COM          COMMUNITY CUSTODY                  08-05-2003  1504
   DRG        DRG I NONE   NO DRUG INTERVIEW REQUIRED         02-11-2003  0904
   EDI        ESL HAS      ENGLISH PROFICIENT                 02-11-2003  0905
   EDI        GED HAS      COMPLETED GED OR HS DIPLOMA        02-11-2003  0905
   FRP        COMPLT       FINANC RESP-COMPLETED              03-13-2003  1306
   LEV        MINIMUM      SECURITY CLASSIFICAT'N MINIMUM     10-11-2002  1020
   MDS        REG DUTY     NO MEDICAL RESTR--REGULAR DUTY     01-22-2003  0908
   MDS        YES F/S      CLEARED FOR FOOD SERVICE           01-22-2003  0908
   QTR        I01-045U     HOUSE I/RANGE 01/BED 045U          01-08-2003  1256
   RLG        NO PREFER    NO PREFERENCE                      02-11-2003  0906
   WRK        CMP F/S AM   CAMP FOOD SVC AM                   02-17-2003  0001
```

WORK PERFORMANCE RATING: he has gone from Good to Outstanding work evaluation(s).

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: none, he has maintained clear conduct.

FRP PLAN/PROGRESS: Completed on 3/13/03.

RELEASE PREPARATION PARTICIPATION: *Participates, he has completed five of the six classes, needs Employment class.*

CCC RECOMMENDATION: *will review once approved for relocation.    12/21/04.*

DEVBZ            *        PROGRAM REVIEW REPORT        *        01-27-2004
PAGE 002 OF 002                                                10:05:13

PROGRESS MADE SINCE LAST REVIEW: *received work reports, employment class not available, no ACE classes,*

GOALS FOR NEXT PROGRAM REVIEW MEETING: *continue w/ work assignment from 1/04 thru 4/04. continue to receive Outstanding work reports from 1/04 thru 4/04. enroll and complete Employment class, if available, by 7/04.*

LONG TERM GOALS: *Save money for release needs, 3/05. maintain good sanitation from 1/04 thru 4/04. Complete RPP by 12/04. Obtain CCC placement by 12/04.*

OTHER INMATE REQUESTS/TEAM ACTIONS: *Forms 407/408 reviewed for accuracy.*

SIGNATURES:

UNIT MANAGER:              INMATE: X

DATE: 1/27/04       DATE: 1/27/04

```
DEVBZ          *        PROGRAM REVIEW REPORT          *      02-10-2003
PAGE 001                                                      13:55:24
```

INSTITUTION: DEV  DEVENS FMC

NAME.......: STERN, DAVID G                    REG. NO: 23799-038
RESIDENCE..: NEWPORT, RI 02840

TYPE OF REVIEW......: INITIAL CLASSIFICATION/~~PROGRAM REVIEW~~
NEXT REVIEW DATE....: ___ 7/2003 ___

PROJ. RELEASE DATE..: 03-09-2005         RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE               HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 7/2003      DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES.....: _none Known_____

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(b).  Y/(N).....: NO

    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY  - - - - - - CURRENT ASSIGNMENT - - - - - - - - EFF DATE   TIME

CUS        OUT          OUT CUSTODY                     10-15-2002   0907

EDI        GED UNK      GED STATUS UNKNOWN              01-06-2003   1414

FRP        PART         FINANC RESP-PARTICIPATES        02-07-2003   1332

LEV        MINIMUM      SECURITY CLASSIFICAT'N MINIMUM  10-11-2002   1020

MDS        REG DUTY     NO MEDICAL RESTR--REGULAR DUTY  01-22-2003   0908

MDS        YES F/S      CLEARED FOR FOOD SERVICE        01-22-2003   0908

QTR        I01-045U     HOUSE I/RANGE 01/BED 045U       01-08-2003   1256

RLG        UNKNOWN      RELIGION UNKNOWN                10-11-2002   1010

WRK        PP DAY       POWERHOUSE DAY                  01-30-2003   0001

WORK PERFORMANCE RATING: _Currently assigned to the_
_Powerhouse, no report to date ( ~~filled~~ placed on 2/10/03)_

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _none._____

_Initial Classification._____

FRP PLAN/PROGRESS: *Dues $1,700.00 felony assessment.*

RELEASE PREPARATION PARTICIPATION: *will need to enroll and complete prior to release date.*

CCC RECOMMENDATION: *will review 11-13 months prior to release date.*

```
  DEVBZ            *         PROGRAM REVIEW REPORT         *      02-10-2003
PAGE 002 OF 002                                                  13:55:24
```

PROGRESS MADE SINCE LAST REVIEW: *Initial Classifications.*

GOALS FOR NEXT PROGRAM REVIEW MEETING: *Maintain clear conduct. Strive to receive Outstanding work evaluation(s). Enroll and complete @ least three pre-release classes. Make FRP payment.*

LONG TERM GOALS: Maintain clear conduct.
Complete Pre-Release Program.
Satisfy financial responsibility.
Obtain Relocation & Supervision.

OTHER INMATE REQUESTS/TEAM ACTIONS: Reviewed BP407, BP408.
No questions @ this time.

SIGNATURES:

UNIT MANAGER: _____     INMATE X _____

DATE: 2/11/03     DATE: 2/11/03

```
   DEVBZ          *        PROGRAM REVIEW REPORT        *     07-29-2003
 PAGE 001                                                     10:23:51
```

INSTITUTION: DEV  DEVENS FMC

NAME.......: STERN, DAVID G                      REG. NO: 23799-038
RESIDENCE..: NEWPORT, RI 02840

TYPE OF REVIEW.......: ~~INITIAL CLASSIFICATION~~/PROGRAM REVIEW
NEXT REVIEW DATE....: _____ 1 / 04 _____

PROJ. RELEASE DATE..: 03-09-2005        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: __ 8/ 04 __   DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): _N/A_

PENDING CHARGES.....: _none Known_____

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: _no_

   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|----------|--------------------------------------------|----------|------|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 11-09-2004 | 0904 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 02-11-2003 | 0904 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 02-11-2003 | 0905 |
| CUS | OUT | OUT CUSTODY | 10-15-2002 | 0907 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 02-11-2003 | 0904 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 02-11-2003 | 0905 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-11-2003 | 0905 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 03-13-2003 | 1306 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 10-11-2002 | 1020 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-22-2003 | 0908 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 01-22-2003 | 0908 |
| QTR | I01-045U | HOUSE I/RANGE 01/BED 045U | 01-08-2003 | 1256 |
| RLG | NO PREFER | NO PREFERENCE | 02-11-2003 | 0906 |
| WRK | CMP F/S AM | CAMP FOOD SVC AM | 02-17-2003 | 0001 |

WORK PERFORMANCE RATING: _received Satisfactory to_
_Good work reports._

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: *none, clear conduct.*

FRP PLAN/PROGRESS: *Completed financial responsibility.*

RELEASE PREPARATION PARTICIPATION: *Part Status, he has completed five of the six classes, needs employment class.*

CCC RECOMMENDATION: *will review 11-13 months) prior to release date.*

DEVBZ          *          PROGRAM REVIEW REPORT          *          07-29-2003
PAGE 002 OF 002                                                     10:23:51

PROGRESS MADE SINCE LAST REVIEW: *met all previously set goals.*

GOALS FOR NEXT PROGRAM REVIEW MEETING: *Continue to receive above average work reports. enroll and complete employment class by July 2004.
enroll and complete @ least two*

ACE classes of your choice before next review.

LONG TERM GOALS: Complete Pre-Release Program before release date.
Obtain approval of Relocation of Supervision.
Provide CM w/ release plans by 8/8/03.

OTHER INMATE REQUESTS/TEAM ACTIONS: Reviewed 407/408 updated custody.
On call basis as Town Driver.
No questions or concerns @ this time.

SIGNATURES: DBenet/CM T. O'Conner

UNIT MANAGER: Patterson    INMATE: X

DATE: 8/5/03    DATE: 8/5/03

```
   DEVBZ        *        PROGRAM REVIEW REPORT        *      02-10-2003
   PAGE 001                                                  13:55:24
```

INSTITUTION: DEV  DEVENS FMC

NAME.......: STERN, DAVID G                    REG. NO: 23799-038
RESIDENCE..: NEWPORT, RI 02840

TYPE OF REVIEW......: INITIAL CLASSIFICATION/~~PROGRAM REVIEW~~
NEXT REVIEW DATE....: _____7/2003_____

PROJ. RELEASE DATE..: 03-09-2005        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 7/2003     DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES.....: none known _____

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/Ⓝ)....: NO

    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

CATEGORY    - - - - - - - CURRENT ASSIGNMENT - - - - - - - - EFF DATE   TIME

CUS        OUT          OUT CUSTODY                    10-15-2002   0907

EDI        GED UNK      GED STATUS UNKNOWN             01-06-2003   1414

FRP        PART         FINANC RESP-PARTICIPATES       02-07-2003   1332

LEV        MINIMUM      SECURITY CLASSIFICAT'N MINIMUM 10-11-2002   1020

MDS        REG DUTY     NO MEDICAL RESTR--REGULAR DUTY 01-22-2003   0908

MDS        YES F/S      CLEARED FOR FOOD SERVICE       01-22-2003   0908

QTR        I01-045U     HOUSE I/RANGE 01/BED 045U      01-08-2003   1256

RLG        UNKNOWN      RELIGION UNKNOWN               10-11-2002   1010

WRK        PP DAY       POWERHOUSE DAY                 01-30-2003   0001
```

WORK PERFORMANCE RATING: Currently assigned to the
Powerhouse, no reports to date ( placed on 2/10/03)

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: none .

Initial Classification.

FRP PLAN/PROGRESS: Owes $1,700.00 felony assessment.

RELEASE PREPARATION PARTICIPATION: will need to enroll and complete prior to release date.

CCC RECOMMENDATION: will review 11-13 months prior to release date.

DEVBZ          *          PROGRAM REVIEW REPORT          *          02-10-2003
PAGE 002 OF 002                                                              13:55:24

PROGRESS MADE SINCE LAST REVIEW: Initial Classification.

GOALS FOR NEXT PROGRAM REVIEW MEETING: Maintain clear conduct.
Strive to receive Outstanding work
evaluation(s).
Enroll and complete @ least three
pre-release classes.
Make FRP payment.

LONG TERM GOALS: Maintain clear conduct.
Complete Pre-Release Program.
Satisfy financial responsibility.
Obtain Relocation Of Supervision.

_____

_____

OTHER INMATE REQUESTS/TEAM ACTIONS: Reviewed BP407, BP408.
No questions @ this time.

_____

_____

_____

_____

_____

SIGNATURES: _____

UNIT MANAGER: _____    INMATE X _____

DATE: 2/11/03          DATE: 2/11/03

```
DEVBZ           *        PROGRAM REVIEW REPORT          *      01-27-2004
PAGE 001                                                       10:05:13


INSTITUTION: DEV  DEVENS FMC


NAME.......: STERN, DAVID G                  REG. NO: 23799-038
RESIDENCE..: NEWPORT, RI 02840


TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:     4/04


PROJ. RELEASE DATE..: 03-09-2005        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE


DATE OF NEXT CUSTODY REVIEW:   8/04       DETAINERS (Y/N): N


CIM STATUS (Y/N)....: N        IF YES, RECONCILED (Y/N): n/a


PENDING CHARGES.....: None Known


OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: no
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE


CATEGORY     - - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE   TIME

CMA      PROG RPT      NEXT PROGRESS REPORT DUE DATE    11-09-2004  0904
CMA      RPP PART      RELEASE PREP PGM PARTICIPATES    02-11-2003  0904
CMA      V94 COA913    V94 CURR OTHER ON/AFTER 91394    02-11-2003  0905
CUS      COM           COMMUNITY CUSTODY                08-05-2003  1504
DRG      DRG I NONE    NO DRUG INTERVIEW REQUIRED       02-11-2003  0904
EDI      ESL HAS       ENGLISH PROFICIENT               02-11-2003  0905
EDI      GED HAS       COMPLETED GED OR HS DIPLOMA      02-11-2003  0905
FRP      COMPLT        FINANC RESP-COMPLETED            03-13-2003  1306
LEV      MINIMUM       SECURITY CLASSIFICAT'N MINIMUM   10-11-2002  1020
MDS      REG DUTY      NO MEDICAL RESTR--REGULAR DUTY   01-22-2003  0908
MDS      YES F/S       CLEARED FOR FOOD SERVICE         01-22-2003  0908
QTR      I01-045U      HOUSE I/RANGE 01/BED 045U        01-08-2003  1256
RLG      NO PREFER     NO PREFERENCE                    02-11-2003  0906
WRK      CMP F/S AM    CAMP FOOD SVC AM                 02-17-2003  0001
```

WORK PERFORMANCE RATING: he has gone from Good to Outstanding work evaluation(s).

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: none, he has maintained clear conduct.

FRP PLAN/PROGRESS: Completed on 3/13/03.

RELEASE PREPARATION PARTICIPATION: *Participates, he has completed five of the six classes, needs Employment class.*

CCC RECOMMENDATION: *will review once approved for relocation.          12/21/04.*

DEVBZ          *          PROGRAM REVIEW REPORT          *          01-27-2004
PAGE 002 OF 002                                                      10:05:13

PROGRESS MADE SINCE LAST REVIEW: *increased work reports, employment class not available, no ACE classes,*

GOALS FOR NEXT PROGRAM REVIEW MEETING: *Continue w/ work assignment from 1/04 thru 4/04. continue to receive Outstanding work reports from 1/04 thru 4/04. enroll and complete Employment class, if available, by 7/04.*

LONG TERM GOALS: *Save money for release needs, 3/05. maintain good sanitation from 1/04 thru 4/04. Complete RPP by 12/04. Obtain CCC placement by 12/04.*

OTHER INMATE REQUESTS/TEAM ACTIONS: *Forms 407/408 reviewed for accuracy.*

SIGNATURES:

UNIT MANAGER:     INMATE: X

DATE: 1/27/04     DATE: 1/27/04

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Stern    David**          **23799-038      I           Devens**
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** This is an appeal from the denial of my Informal Resolution Request (BP 8 1/2) (Copy attached). I am requesting that you reconsider the policy of transferring inmates to a CCC which was implemented after 12/13/02. Notwithstanding the fact that I was sentenced prior to 12/13/02 and would have been eligible for 6 months placement, I was not officially notified until January 2004 that I would receive only the last 10% of my sentence at the CCC.  This circumstance conflicts with the provisions of Program Statement 7310 and the statutory mandates of 18 USC §3621(b).  While there is at present a conflict in the District of Massachusetts amongst the Judges as to the application of the new policy and its legal efficacy as to inmates at Devens, it appears that a majority of the reported cases from the District and from others around the country favors the position requested by me.  I ask that I be considered for 6 months placement at the CCC and that the decision recited in the attached BP 8 1/2 be reversed.

**MARCH 1, 2004**
DATE

**DAVID G. STERN** SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                     CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                   CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          Printed on Recycled Paper                          BP–229(13)
                                                                    APRIL 1982

DEV 1330.13
October 29, 1998
Attachment A

INFORMAL RESOLUTION INSTRUCTIONS: STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9, WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC/IDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: DAVID STERN        REG. NO.: 23799-038        UNIT: CAMP

DATE BP-9 REQUESTED: _____

DATE BP-9 ISSUED    : _____

DATE BP-9 RETURNED  : _____

INMATE'S COMPLAINT: I am requesting that I be given consideration for six (6) months half-way house placement under the policy in effect at Camp Devens prior to December 20, 2002. The new policy was accomplished without APA approval and also violates the ex-post facto clause of the Constitution. I am required to exhaust my administrative remedies prior to commencing an action to preserve these rights. It is my understanding that the BOP has made the determination that I am entitled to only 10% for CCC placement.

RELIEF REQUESTED: I am seeking this relief with the understanding that the BOP has denied this relief to all other inmates that have sought 6 months CCC placement. I ask that immediate consideration be given to my request. I am asking that I be considered for release to a half-way house on or about September 5, 2004.

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: At my most recent team review I was advised that December 21, 2004 would be the date that I would be released to the half-way house. This submission is to formalize the requirement that I exhaust my administrative remedies.

Not able to resolve at this level.

CORRECTIONAL COUNSELOR: T. O'Connor _____ DATE: 2-15-04

UNIT MANAGER'S COMMENTS/ASSISTANCE: Mr. Stern arrived after the 10% date rule came into effect. Thru-out Mr. Stern's Program Review he was told he would be recommended for a 12/21/04 CCC date once his Relocation approval was received. At no time was he considered for or told a 6 month placement date would be recommended. Mr. Stern is serving a 30 month sentence for Mail Fraud. Cannot resolve this issue with this inmate. Wants to go to court.

UNIT MANAGER: N. Patterson, U/M _____ DATE: 2/26/04

March 5, 2004

Michael Sullivan
U.S. Attorney
District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA. 02210

David L. Winn, Wraden
FMC Devens
P.O. Box 880
Ayer, MA. 01432

John Ashcroft
Attorney General of
the United States
10th & Constitution Avenue N.W.
Washington, D.C. 20530

RE:    David G. Stern v. David L. Winn
       Petition for Writ of Habeas Corpus
       District of Massachusetts Civil File # _____.

Gentlemen:

Enclosed you will find a copy of the Petition for Writ of
Habeas Corpus which has been filed in the District of Mass-
achusetts.

Pursuant to FRCP 4(i)(1)(A)&(B) I have requested that an adult
third party be allowed to serve this Petition upon your respec-
tive offices by Certified Mail Return Receipt Requested in ref-
erence to the above noted civil action.

Please take the appropriate steps and govern yourselves accordingly.

Sincerely,

DAVID G. STERN
23799-038 UNIT I (CAMP)
FEDERAL MEDICAL CENTER, DEVENS
P.O. BOX 879
AYER, MA. 01432

Encl.

**SENT BY CERTIFIED MAIL RETURN RECEIPT REQUESTED**
MICHAEL SULLIVAN Certified Receipt No. 7002 0460 0000 0697 6335
DAVID L. WINN Certified Receipt No. 7002 0460 0000 0697 6342
JOHN ASHCROFT Certified Receipt No. 7002 0460 0000 0697 6359