UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID G. STERN**<br>    Petitioner,<br><br>    v.<br><br>**DAVID L. WINN**, Warden<br>Federal Medical Center,<br>Devens,<br>    Respondent. | )<br>)<br>)<br>)  C.A. No. 04-40035-NG<br>)<br>)<br>)<br>)<br>) |

GERTNER, D.J.:

## ORDER OF DISMISSAL

Petitioner has filed two identical actions -- the above entitled action, and C.A. No. 04-10465. For that reason, it is hereby **ORDERED** that the above entitled action is **DISMISSED**. Petitioner shall be repaid the filing fee for the above entitled action.

**SO ORDERED.**

Dated: March 22, 2004                    s/NANCY GERTNER, U.S.D.J.